IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

TARNEISHEIA MONIK HAYDEN                                          PLAINTIFF

V.                           Case No. 4:25-cv-01216-LPR-BBM

FRANK BISIGNANO, Commissioner,                                   DEFENDANT
Social Security Administration

## **JUDGMENT**

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND
ADJUDGED that Judgment be entered for Plaintiff Tarneisheia Monik Hayden, reversing
the Commissioner's decision and remanding this case to the Commissioner for further
proceedings under sentence four of 42 U.S.C. § 405(g) and *Shalala v. Schaefer*, 509 U.S.
292, 296–302 (1993).

DATED this 26th day of May, 2026.

_____
UNITED STATES MAGISTRATE JUDGE